Carl R Gustafson, Bar No. 254881
Richard W. Suh, Bar No. 188653
Lincoln Law
1525 Contra Costa Blvd
Pleasant Hill, CA 94523
Phone: (925) 500-4777
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for
Barbara Alice Militano

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re:

BARBARA ALICE MILITANO

                    Debtor.

) Case No: 25-41964
)
) Chapter 13
)
)
) MOTION TO EXTEND AUTOMATIC STAY
)
)

BARBARA ALICE MILITANO (the "Debtor"), pursuant to 11 U.S.C. § 362(c)(3)(B), is requesting an order extending the automatic stay provided under 11 U.S.C. §362(a) as to all creditors (the "Motion"). In support of this motion, the Debtor represents as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. On October 31, 2024, Debtor filed a Chapter 13 case, case no. 24-41736, which was dismissed on January 17th, 2025, for failure to make plan payments (the "Previous Bankruptcy").

3. The Debtor filed the current petition for relief under Chapter 13 on October 20th, 2025 (the "Present Case").

4. Debtor filed the Previous Bankruptcy and the Present Case to reorganize her debt and catch up on her debt payments.

5. Debtor is 83 years old and has suffered health related challenges including age-related cognitive decline and memory loss impairing her ability to manage complex financial matters independently and causing her to be unaware that she was missing plan payments in her Previous

Bankruptcy case.

6. Debtor's three adult children have stepped in and agreed to each pay one-third of Debtor's monthly plan payment to the Trustee to ensure Debtor's plan payments will be paid timely and paid in full each month.

7. Debtor's gross income is now $9,175.97/month, which includes family assistance in the amount of $4,000.00, and is listed on Schedule I. See Declaration of Debtor.

8. Debtor proposes a plan payment of $4,000.00/month for 60 months which can afford.

9. The Debtor had no other case pending within the twelve month period prior to October 20, 2025.

10. The Debtor filed the pending case in good faith and seeks to repay creditors. This motion is not made for the purposes of delay.

WHEREFORE, the Debtor respectfully requests that the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d).

Dated: <u>October 22, 2025</u>                    <u>/s/ Carl R Gustafson</u>
                                                            Attorney & Counselor at Law