Carl R Gustafson, Bar No. 254881
Richard W. Suh, Bar No. 188653
Lincoln Law
1525 Contra Costa Blvd
Pleasant Hill, CA 94523
Phone: (925) 500-4777
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for
Barbara Alice Militano

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In Re:

BARBARA ALICE MILITANO

      Debtor.

) Case No:
)
) Chapter 13
)
)
) DECLARATION OF DEBTOR
)
)

I, Barbara Alice Militano, declare:

1. I am the Debtor in the above-captioned case.

2. The facts contained herein are true and correct, and if called upon as a witness, I can testify competently as to them.

3. I previously filed for Chapter [7 or 13] bankruptcy on October 31, 2024 (Case No. [insert previous case number]), which was unfortunately dismissed due to missed plan payments.

4. At the time of my prior filing, I thought that I was making all required payments. However, due to significant health-related challenges, including age-related cognitive decline, I was unaware that certain plan payments had not been made.

5. I am currently 83 years old and use a wheelchair. I have also begun to experience early symptoms of memory loss. These symptoms have impaired my ability to manage complex financial matters independently. The missed payments in the previous case were not the result of neglect or unwillingness, but rather my diminished capacity and misunderstanding of the payment status.

6. Since the dismissal of my prior case, I have recognized the impact my health has had on

Case: 25-41964 Doc# 10-1 Filed: 10/22/25 Entered: 10/22/25 09:05:23 Page 1 of
'Declaration of Debtor'  '2 of 2'  'Case | Doc 3916350'

my ability to manage my financial affairs. My children have stepped in to provide direct and ongoing support. My daughters, Tracie Militano Rosen and Melissa Militano Isaacs, and son, Joseph David Militano, have agreed to split the monthly plan payments between them and to make the payments directly to the Chapter [13] Trustee on my behalf.

7. This arrangement ensures that plan payments will be made consistently and on time, providing a stable and reliable framework for the success of this case.

8. With the support of my children and the structured payment plan now in place, I am in a far stronger position to complete the requirements of this bankruptcy case and to obtain the relief I need.

The foregoing declaration is made under penalty of perjury and executed on 10/20/2025 SR-18556 in the state of California.

/s/ Barbara Alice Militano
Barbara Alice Militano
SR-18556
Debtor

Case: 25-41964   Doc# 10-1   Filed: 10/22/25   Entered: 10/22/25 09:05:23   Page 2 of 2