Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

**The following constitutes the order of the Court.
Signed: January 7, 2026**

**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
Barbara Alice Militano

Debtors(s)

Chapter 13 Case Number:
25-41964-WJL13

In Proceedings Under
Chapter 13 of the Bankruptcy Code

**Order of Dismissal**

The Court having reviewed the Trustee's Motion to Dismiss Proceedings (22), and the Declaration in support thereof, and the Declaration and Request for Order of Dismissal, and it appearing that none of the deficiencies identified in the Trustee's Motion, i.e. Failure to file 2024 tax return and provide copy of the federal return to the Trustee, have been resolved.

IT IS HEREBY ORDERED that the above-captioned case be dismissed, and that any restraining orders hereto entered in this case are hereby vacated. The Trustee shall submit at a later date the Trustee's Final Report for approval for the court.

END OF ORDER